IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In the Matter of:

BOOK, NATALIE MICHELLE

               Debtors                       JUDGE RUSS KENDIG

                                      Chapter 7

Address: 452 Rosewood Court, Mansfield, OH 44906-1717

                                      Case No.: 11-62686

**<u>NOTICE OF OBJECTION
TO CLAIM</u>**

      JOSIAH L. MASON, Trustee herein, has filed an objection to your claim in this bankruptcy case.

      **<u>Your claim may be reduced, modified, or eliminated.</u>  You should read these papers carefully and discuss them with your attorney, if you have one.**

      If you do not want the court to eliminate or change your claim, then on or before AUGUST 11, 2015 , you or your lawyer must:

      File with the court a written response to the objection, explaining your position, at:

           U. S. BANKRUPTCY COURT
           RALPH REGULA FEDERAL BUILDING &
            U. S. COURTHOUSE
           401 McKinley Avenue S. W.
           Canton, OH 44702-1745

      If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above.

      You must also mail a copy to:

           JOSIAH L. MASON, ATTORNEY FOR TRUSTEE
           153 W. Main Street,
           P. O. Box 345
           Ashland, Ohio 44805

      If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the objection and may enter an order granting that relief.

Date:    July 10, 2015

                    /s/ Josiah L. Mason
                    Josiah L. Mason   #0003549
                    Attorney for Trustee